**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE LEWIS T. BABCOCK**

**COURTROOM MINUTES**
_____

| | | | |
|---|---|---|---|
| Courtroom Deputy: | Emily Seamon | Date: | December 4, 2013 |
| Court Reporter: | Janet Coppock | Probation: | Michelle Means |
| | | Interpreter: | Susana Cahill |

_____

Criminal Action No. 13-cr-00203-LTB         <u>Counsel:</u>

UNITED STATES OF AMERICA,                   Kirsten Sinclair

    Plaintiff,

v.

1. ERIC BARELA-NAVARRO,                     LaFonda Traore

    Defendant.

_____

**SENTENCING**
_____

10:01 a.m.    Court in Session.

Defendant is present and in custody.

Interpreter sworn.

> Defendant plead guilty to Count 1 of the Indictment on July 22, 2013.

Discussion regarding Defendant's Motion for Below-Guideline Statutory or "Variant" Sentence.

**ORDERED**:   Defendant's Motion for Below-Guideline Statutory or "Variant" Sentence [Doc. No. 24, filed November 27, 2013] is **DENIED**.

1

Statements by Ms. Sinclair, Ms. Traore, and Defendant.

**ORDERED**:   Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the court that Defendant, Eric Barela-Navarro, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 30 months.

Court recommends that the Bureau of Prisons credit Defendant with 385 days spent in official detention before sentencing.

**ORDERED**:   Upon release from imprisonment, Defendant shall be placed on supervised release for a period of 3 years.

**ORDERED**:   Conditions of Supervised Release:
- (X)   Defendant shall not re-enter this country illegally.
- (X)   If Defendant re-enters this country legally, he shall report in person to the nearest probation office within 72 hours of his return.
- (X)   Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.
- (X)   Defendant shall not unlawfully possess a controlled substance.
- (X)   Defendant will cooperate in the collection of DNA as directed by the probation officer.

**ORDERED**:   Defendant shall pay a special assessment of $100.00, which is due and payable immediately.

**ORDERED**:   No fine is imposed because defendant has no ability to pay a fine.

**ORDERED**:   Defendant advised of right to appeal.

Defendant is **REMANDED** to the custody of the U.S. Marshal.

10:23 a.m.   Court in Recess.
Hearing concluded.
Time:  00:22